UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                          Plaintiff,                          20-CV-0717 (CM)

          -against-
                                                              CIVIL JUDGMENT
CITY OF NEW YORK (HRA), et al.,

                          Defendants.

        Pursuant to the order issued February 5, 2020, dismissing the complaint,

        IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019

order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the

complaint is dismissed without prejudice.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

  Dated:    February 5, 2020
            New York, New York

                                               _____
                                                   COLLEEN McMAHON
                                               Chief United States District Judge